Brooke A. M. Taylor, WSBA 33190 (Admitted *Pro Hac Vice*)
btaylor@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Stephen E. Morrissey, CA Bar 187865
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3103
Facsimile: (310) 789-3150

Nabeel H. Peracha
TX Bar 24065895 (Admitted *Pro Hac Vice*)
nperacha@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Plaintiff Vasudevan Software, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TIBCO SOFTWARE INC. and SPOTFIRE, INC. <br><br> Defendants. | Case No. 3:11-06638-RS <br><br> STIPULATION OF DISMISSAL OF SPOTFIRE, INC. AND [~~PROPOSED~~] ORDER |

WHEREAS, Defendants TIBCO Software Inc. and Spotfire, Inc. entered into an "Assignment and Assumption Agreement," dated June 5, 2007, that governs the assignment of assets and assumption of liabilities from Spotfire, Inc. to TIBCO Software Inc.;

STIPULATION OF DISMISSAL - 1

2173903v1/012934

1  WHEREAS TIBCO Software Inc. was actually assigned the assets and actually assumed
2  the liabilities of Spotfire, Inc. according to the terms of that June 5, 2007 Assignment and
3  Assumption Agreement, except for Spotfire, Inc.'s equity in Spotfire Japan KK;

4  WHEREAS, Defendant Spotfire, Inc. has not existed as a corporation since it was
5  dissolved on June 16, 2010 and Spotfire Japan KK was merged out of existence on March 3,
6  2008;

7  WHEREAS, Defendant TIBCO Software Inc. agrees to respond to discovery requests
8  concerning Spotfire, Inc.'s accused products, knowledge, actions and documents in this lawsuit,
9  to the extent such information is within TIBCO Software Inc.'s possession, custody or control,
10 and to the extent such discovery is not otherwise protected from discovery by any local or federal
11 rule or law, any stipulations or agreements between the parties, or any applicable rulings of this
12 Court;

13 WHEREAS, Plaintiff Vasudevan Software, Inc. has no objection to voluntarily dismissing
14 Spotfire, Inc. from this action subject to the representations set forth herein;

15 NOW THEREFORE, it is stipulated, by and between Plaintiff and Defendants that
16 Defendant Spotfire, Inc. shall be voluntarily dismissed from this action pursuant to Fed. R. Civ.
17 P. 41(a).

18 Plaintiff and Defendants agree and acknowledge that this Stipulation shall have no impact
19 on any other deadlines that may currently exist in this action.

Dated: February 17, 2012

SUSMAN GODFREY LLP

By: /s/ Nabeel H. Peracha
Brooke A. M. Taylor
Lead Attorney
WA Bar No. 33190 (Admitted *Pro Hac Vice*)
btaylor@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
T: (206) 516-3880
F: (206) 516-3883 (fax)

STIPULATION OF DISMISSAL - 2

2173903v1/012934

Stephen E. Morrissey
CA Bar 187865
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
T: (310) 789-3103
F: (310) 789-3150 (fax)

Nabeel H. Peracha
TX Bar 24065895 (Admitted *Pro Hac Vice*)
nperacha@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
T: (713) 651-9366
F: (713) 654-6666 (fax)

Michael F. Heim
TX Bar No. 09380923 (Admitted *Pro Hac Vice*)
mheim@hpcllp.com
Leslie V. Payne
TX Bar No. 00784736 (Admitted *Pro Hac Vice*)
lpayne@hpcllp.com
Eric J. Enger
TX Bar No. 24045833 (Admitted *Pro Hac Vice*)
eenger@hpcllp.com
Nick P. Patel
TX Bar No. 24076610 (Admitted *Pro Hac Vice*)
npatel@hpcllp.com
HEIM, PAYNE & CHORUSH, LLP
600 Travis Street, Suite 6710
Houston, Texas 77002-2912
T: (713) 221-2000
F: (713) 221-2021(fax)

ATTORNEYS FOR PLAINTIFF

STIPULATION OF DISMISSAL - 3

2173903v1/012934

Dated: February 17, 2012

By: ___/s/ Joseph A. Loy___
Robert A. Appleby
robert.appleby@kirkland.com
Joseph A. Loy joseph.loy@kirkland.com
Martin A. Galese
martin.galese@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4675
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Sarah E. Piepmeier (SBN 227094)
Sarah.piepmeier@kirkland.com
KIRKLAND & ELLIS
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendants
TIBCO SOFTWARE INC. and
SPOTFIRE, INC.

STIPULATION OF DISMISSAL - 4

2173903v1/012934

1
2  PURSUANT TO THE STIPULATION, IT IS SO ORDERED.
3
4
5
6  DATED: 2/22/12                    _____
7                                     Hon. Richard Seeborg
                                      United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION OF DISMISSAL - 5

2173903v1/012934

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of February, 2012, a true and correct copy of the foregoing document was served on all parties via CM/ECF and/or email to counsel.

/s/ Nabeel H. Peracha
Nabeel H. Peracha

STIPULATION OF DISMISSAL - 6

2173903v1/012934