Brooke A. M. Taylor, WSBA 33190 (Admitted *Pro Hac Vice*)
btaylor@susmangodfrey.com
Jordan W. Connors, WSBA 41649 (Admitted *Pro Hac Vice*)
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Stephen E. Morrissey, CA Bar 187865
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3103
Facsimile: (310) 789-3150

*Plaintiff Vasudevan Software, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TIBCO SOFTWARE INC. <br><br> Defendant. | Case No. 3:11-06638-RS <br><br> STIPULATION REQUESTING EXTENSION OF TIME FOR BOTH PARTIES TO EXCHANGE PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE AND ORDER |

WHEREAS, the current deadline by which the parties must exchange preliminary claim constructions and extrinsic evidence is May 17, 2012 (Dkt. No. 75);

WHEREAS, plaintiff Vasudevan Software, Inc. ("VSi") has requested that the deadline for the exchange of preliminary claim constructions and extrinsic evidence be extended by one-week for both parties due to VSi's counsel's trial schedule in another matter, as more fully set forth in the attached Declaration of Jordan Connors;

WHEREAS, defendant TIBCO Software Inc. has no objection to this extension of time for both parties;

STIPULATION EXTENDING TIME TO EXCHANGE
PRELIMINARY CLAIM CONSTRUCTIONS AND
EXTRINSIC EVIDENCE - 1

2273349v1/012934

1  WHEREAS, granting this extension of time will have no impact on any other deadlines in
2  this action.
3  NOW THEREFORE, it is stipulated, by and between VSi and TIBCO Software Inc. that
4  both parties shall have up to and including May 24, 2012, to exchange preliminary claim
5  constructions and extrinsic evidence.

Dated:  May 15, 2012

SUSMAN GODFREY LLP

By: /s/ Jordan Connors
Brooke A. M. Taylor
Lead Attorney
WA Bar No. 33190 (Admitted *Pro Hac Vice*)
btaylor@susmangodfrey.com
Jordan W. Connors
WA Bar No. 41649 (Admitted *Pro Hac Vice*)
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
T:  (206) 516-3880
F:  (206) 516-3883 (fax)

Stephen E. Morrissey
CA Bar No. 187865
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
T:  (310) 789-3103
F:  (310) 789-3150 (fax)

Michael F. Heim
TX Bar No. 09380923 (Admitted *Pro Hac Vice*)
mheim@hpcllp.com
Leslie V. Payne
TX Bar No. 00784736 (Admitted *Pro Hac Vice*)
lpayne@hpcllp.com
Eric J. Enger
TX Bar No. 24045833 (Admitted *Pro Hac Vice*)
eenger@hpcllp.com
Nick P. Patel
TX Bar No. 24076610 (Admitted *Pro Hac Vice*)

npatel@hpcllp.com
HEIM, PAYNE & CHORUSH, LLP
600 Travis Street, Suite 6710
Houston, Texas 77002-2912
T: (713) 221-2000
F: (713) 221-2021(fax)

ATTORNEYS FOR PLAINTIFF

Dated: May 15, 2012                    By /s/ Joseph A. Loy
                                       Robert A. Appleby (admitted *pro hac vice*)
                                       robert.appleby@kirkland.com
                                       Joseph A. Loy (admitted *pro hac vice*)
                                       joseph.loy@kirkland.com
                                       Martin A. Galese (admitted *pro hac vice*)
                                       martin.galese@kirkland.com
                                       Lauren B. Sabol (admitted *pro hac vice*)
                                       lauren.sabol@kirkland.com
                                       KIRKLAND & ELLIS LLP
                                       601 Lexington Avenue
                                       New York, NY 10022-4675
                                       Telephone: (212) 446-4800
                                       Facsimile: (212) 446-4900

                                       Sarah E. Piepmeier (SBN 227094)
                                       sarah.piepmeier@kirkland.com
                                       KIRKLAND & ELLIS LLP
                                       555 California Street
                                       San Francisco, CA 94104
                                       Telephone: (415) 439-1400
                                       Facsimile: (415) 439-1500

                                       *Attorneys for TIBCO Software Inc.*

STIPULATION EXTENDING TIME TO EXCHANGE
PRELIMINARY CLAIM CONSTRUCTIONS AND
EXTRINSIC EVIDENCE - 3

2273349v1/012934

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of May, 2012, a true and correct copy of the foregoing document was served on all parties via CM/ECF and/or email to counsel.

      /s/ Jordan Connors___
    Jordan Connors

STIPULATION EXTENDING TIME TO EXCHANGE
PRELIMINARY CLAIM CONSTRUCTIONS AND
EXTRINSIC EVIDENCE - 4

2273349v1/012934

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 5/16/12  _____

[Hon. Richard Seeborg]
United States District Court Judge

STIPULATION EXTENDING TIME TO EXCHANGE
PRELIMINARY CLAIM CONSTRUCTIONS AND
EXTRINSIC EVIDENCE - 5

2273349v1/012934