1  Brooke A. M. Taylor, WSBA 33190 (Admitted *Pro Hac Vice*)
   btaylor@susmangodfrey.com
2  Jordan W. Connors, WSBA 41649 (Admitted *Pro Hac Vice*)
   jconnors@susmangodfrey.com
3  SUSMAN GODFREY L.L.P.
   1201 Third Avenue, Suite 3800
4  Seattle, Washington 98101-3000
   Telephone:  (206) 516-3880
5  Facsimile:  (206) 516-3883
6
7  Stephen E. Morrissey, CA Bar 187865
   smorrissey@susmangodfrey.com
8  SUSMAN GODFREY L.L.P.
   1901 Avenue of the Stars, Suite 950
9  Los Angeles, CA 90067-6029
   Telephone: (310) 789-3103
10 Facsimile: (310) 789-3150

11 *Plaintiff Vasudevan Software, Inc.*

12

13               **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
14                **SAN FRANCISCO DIVISION**

15 VASUDEVAN SOFTWARE, INC.,          | Case No. 3:11-06638-RS-PSG

16               Plaintiff,

17 vs.                                | JOINT STIPULATION REQUESTING
                                      | EXTENSION OF EXPERT DISCOVERY
18 TIBCO SOFTWARE INC.,               | DEADLINES PURSUANT TO CIVIL
                                      | LOCAL RULE 6-2
19               Defendant.           | Hon. Richard Seeborg

20

21       WHEREAS, the current deadline for parties to make initial expert disclosures is March

22 22, 2013 (Dkt. No. 111);

23       WHEREAS, the current deadline for parties to designate their supplemental and rebuttal

24 experts is April 12, 2013 (Dkt. No. 111);

25       WHEREAS, the current deadline for all discovery of expert witnesses is May 3, 2013

26 (Dkt. No. 111);

27

28

JOINT STIPULATION REQUESTING EXTENSION
OF EXPERT DISCOVERY DEADLINES          - 1 -

1    WHEREAS, the parties seek a limited three week extension of those expert discovery

2    deadlines to accommodate Plaintiff's attorneys who have recently-set trial dates in other matters

3    during this period;

4    WHEREAS, granting this extension of time will have no impact on other deadlines in this

5    action, including the August 1, 2013 pretrial motion date and the January 27, 2014 trial date (Dkt.

6    No. 111);

7    THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto, by and

8    through their respective counsel, and subject to the Court's approval, that the expert discovery

9    deadlines are extended by three weeks such that (1) the deadline for parties to make initial expert

10   disclosures will be April 12, 2013, (2) the deadline for parties to designate their supplemental and

11   rebuttal experts will be May 3, 2013, and (3) the deadline for all discovery of expert witnesses

12   will be May 22, 2013, as shown in the following table:

13

| Event | Current schedule (Dkt. No. 111) | Proposed schedule |
| --- | --- | --- |
| Opening expert report | March 22, 2013 | April 12, 2013 |
| Rebuttal expert report | April 12, 2013 | May 3, 2013 |
| Close of expert discovery | May 3, 2013 | May 22, 2013 |

16

17   Dated:  February 25, 2013

SUSMAN GODFREY LLP

By:  */s/ Eric J Enger*
Brooke A. M. Taylor
Lead Attorney
WA Bar No. 33190 (Admitted *Pro Hac Vice*)
btaylor@susmangodfrey.com
Jordan W. Connors
WA Bar No. 41649 (Admitted *Pro Hac Vice*)
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
T:  (206) 516-3880
F:  (206) 516-3883 (fax)

Stephen E. Morrissey
CA Bar No. 187865
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
T:  (310) 789-3103
F:  (310) 789-3150 (fax)

Michael F. Heim
TX Bar No. 09380923 (Admitted *Pro Hac Vice*)
mheim@hpcllp.com
Leslie V. Payne
TX Bar No. 00784736 (Admitted *Pro Hac Vice*)
lpayne@hpcllp.com
Eric J. Enger
TX Bar No. 24045833 (Admitted *Pro Hac Vice*)
eenger@hpcllp.com
Nick P. Patel
TX Bar No. 24076610 (Admitted *Pro Hac Vice*)
npatel@hpcllp.com
HEIM, PAYNE & CHORUSH, LLP
600 Travis Street, Suite 6710
Houston, Texas 77002-2912
T:  (713) 221-2000
F:  (713) 221-2021(fax)

ATTORNEYS FOR PLAINTIFF

Dated:  February 25, 2013

By: __/s/ Joseph A Loy_____
Robert A. Appleby (admitted *pro hac vice*)
robert.appleby@kirkland.com
Joseph A. Loy (admitted *pro hac vice*)
joseph.loy@kirkland.com
Lauren B. Sabol (admitted *pro hac vice*)
lauren.sabol@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4675
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Sarah E. Piepmeier (SBN 227094)
sarah.piepmeier@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

1

Attorneys for Defendant
TIBCO SOFTWARE INC.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

     I hereby certify that on this 25th day of February, 2013, a true and correct copy of the

3

foregoing document was served on all parties via CM/ECF and/or email to counsel.

4

5

                      */s/ Eric Enger*

6

                      Eric Enger

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3

DATED: _2/26/13_____    _____

4

[Hon. Richard Seeborg]
United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28