Brooke A. M. Taylor, WSBA 33190 (Admitted *Pro Hac Vice*)
btaylor@susmangodfrey.com
Jordan W. Connors, WSBA 41649 (Admitted *Pro Hac Vice*)
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Stephen E. Morrissey, CA Bar 187865
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3103
Facsimile: (310) 789-3150

*Plaintiff Vasudevan Software, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>TIBCO SOFTWARE INC.,<br><br>Defendant. | Case No. 3:11-06638-RS-PSG<br><br>JOINT STIPULATION REQUESTING EXTENSION OF BRIEFING SCHEDULE AND RESCHEDULING HEARING DATE REGARDING TIBCO'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO CIVIL LOCAL RULE 6-2<br><br>Hon. Richard Seeborg |

WHEREAS, TIBCO Software Inc. ("TIBCO") filed TIBCO's Motion for Summary Judgment of Invalidity of U.S. Patent No. 7,167,864 for Lack of Written Description and Enablement ("Motion") on March 28, 2013, and noticed the hearing date for May 2, 2013 (Dkt. No. 127);

JOINT STIPULATION REQUESTING EXTENSION OF
BRIEFING SCHEDULE AND RESCHEDULING HEARING
DATE RE TIBCO'S MSJ - 1

2467879v1/012934

1  WHEREAS, under the Local Rules, the deadline for VSi to submit a response to the Motion is April 11, 2013, and the deadline for TIBCO to submit a reply in support of its motion is April 18, 2013 (L.R. 7-3);

WHEREAS, opening expert reports are currently due on April 12, 2013, and rebuttal expert reports are due on May 3, 2013 (Dkt. No. 125);

WHEREAS, the parties seek to postpone the hearing date and extend the briefing schedule related to the Motion (Declaration of Jordan Connors submitted concurrently herewith ¶ 3);

WHEREAS, granting this extension of time will have no impact on other deadlines in this action (*Id.* ¶ 4);

THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective counsel, and subject to the Court's approval, that the deadline for VSi to respond to the Motion is extended to April 25, 2013, the deadline for TIBCO to submit a reply in support of the Motion is extended to May 9, 2013, and the hearing is postponed until May 30, 2013.

Dated: April 2, 2013

SUSMAN GODFREY LLP

By: */s/ Jordan Connors*
Brooke A. M. Taylor
Lead Attorney
WA Bar No. 33190 (Admitted *Pro Hac Vice*)
btaylor@susmangodfrey.com
Jordan W. Connors
WA Bar No. 41649 (Admitted *Pro Hac Vice*)
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
T: (206) 516-3880
F: (206) 516-3883 (fax)

Stephen E. Morrissey
CA Bar No. 187865
smorrissey@susmangodfrey.com

JOINT STIPULATION REQUESTING EXTENSION OF
BRIEFING SCHEDULE AND RESCHEDULING HEARING
DATE RE TIBCO'S MSJ - 2

2467879v1/012934

```
 1                              SUSMAN GODFREY L.L.P.
                                1901 Avenue of the Stars, Suite 950
 2                              Los Angeles, CA 90067-6029
                                T: (310) 789-3103
 3                              F: (310) 789-3150 (fax)
 4
                                Michael F. Heim
 5                              TX Bar No. 09380923 (Admitted *Pro Hac Vice*)
                                mheim@hpcllp.com
 6                              Leslie V. Payne
                                TX Bar No. 00784736 (Admitted *Pro Hac Vice*)
 7                              lpayne@hpcllp.com
                                Eric J. Enger
 8                              TX Bar No. 24045833 (Admitted *Pro Hac Vice*)
                                eenger@hpcllp.com
 9                              Nick P. Patel
                                TX Bar No. 24076610 (Admitted *Pro Hac Vice*)
10                              npatel@hpcllp.com
                                HEIM, PAYNE & CHORUSH, LLP
11                              600 Travis Street, Suite 6710
                                Houston, Texas 77002-2912
12                              T: (713) 221-2000
                                F: (713) 221-2021(fax)
13
14                              ATTORNEYS FOR PLAINTIFF
15
16
    Dated: April 2, 2013        KIRKLAND & ELLIS LLP
17
                                By: _/s/ Joseph A. Loy_ (with permission)
18                              Robert A. Appleby (admitted *pro hac vice*)
                                robert.appleby@kirkland.com
19                              Joseph A. Loy (admitted *pro hac vice*)
                                joseph.loy@kirkland.com
20                              Lauren B. Sabol (admitted *pro hac vice*)
                                lauren.sabol@kirkland.com
21                              KIRKLAND & ELLIS LLP
                                601 Lexington Avenue
22                              New York, NY 10022-4675
                                Telephone: (212) 446-4800
23                              Facsimile: (212) 446-4900
24
                                Ian J. Block (admitted *pro hac vice*)
25                              ian.block@kirkland.com
                                KIRKLAND & ELLIS LLP
26                              300 North LaSalle
                                Chicago, IL 60654
27                              Telephone: (312) 862-2000
                                Facsimile: (312) 862-2200
28
```

JOINT STIPULATION REQUESTING EXTENSION OF
BRIEFING SCHEDULE AND RESCHEDULING HEARING
DATE RE TIBCO'S MSJ - 3

2467879v1/012934

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Sarah E. Piepmeier (SBN 227094)
sarah.piepmeier@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendant
TIBCO Software Inc.

JOINT STIPULATION REQUESTING EXTENSION OF
BRIEFING SCHEDULE AND RESCHEDULING HEARING
DATE RE TIBCO'S MSJ - 4

2467879v1/012934

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2013, a true and correct copy of the foregoing document was served on all parties via CM/ECF and/or email to counsel.

/s/ Jordan Connors
Jordan Connors

JOINT STIPULATION REQUESTING EXTENSION OF
BRIEFING SCHEDULE AND RESCHEDULING HEARING
DATE RE TIBCO'S MSJ - 5

2467879v1/012934

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

2 | DATED: 4/2/13

3 | [Hon. Richard Seeborg]
4 | United States District Court Judge

JOINT STIPULATION REQUESTING EXTENSION OF
BRIEFING SCHEDULE AND RESCHEDULING HEARING
DATE RE TIBCO'S MSJ - 6

2467879v1/012934