# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC., <br><br> Plaintiff, <br> v. <br><br> TIBCO SOFTWARE INC., <br><br> Defendant. | Case No. 11-CV-06638-RS <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING CERTAIN EXPERT DISCOVERY DEADLINES** |

Having considered the Joint Stipulation Extending Certain Expert Discovery Deadlines, IT IS HEREBY ORDERED that the motion is GRANTED. Rebuttal expert reports are due May 6, 2013; and expert discovery shall conclude by June 7, 2013.

**IT IS SO ORDERED.**

DATED: May  6 , 2013

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge