Brooke A. M. Taylor, WSBA 33190 (Admitted *Pro Hac Vice*)
btaylor@susmangodfrey.com
Jordan W. Connors, WSBA 41649 (Admitted *Pro Hac Vice*)
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone:  (206) 516-3880
Facsimile:  (206) 516-3883

Stephen E. Morrissey, CA Bar 187865
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3103
Facsimile: (310) 789-3150

*Plaintiff Vasudevan Software, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC., | Case No. 3:11-06638-RS-PSG |
| Plaintiff, | |
| vs. | JOINT STIPULATION REQUESTING EXTENSION OF PRETRIAL MOTION DEADLINES PURSUANT TO CIVIL LOCAL RULE 6-2 |
| TIBCO SOFTWARE INC., | |
| Defendant. | Hon. Richard Seeborg |

WHEREAS, the current hearing for pretrial motions is August 1, 2013 and the current deadline for parties to file and serve pretrial motions pursuant to Civil Local Rule 7 is June 27, 2013 (Dkt. No. 111);

WHEREAS, the parties seek a limited extension of those pretrial motion deadlines to accommodate the schedules of the parties' attorneys who have hearings in other matters during this period;

WHEREAS, granting this extension of time will have no impact on other deadlines in this action, including the January 27, 2014 trial date (Dkt. No. 111);

1  THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto, by and

2  through their respective counsel, and subject to the Court's approval, that the pretrial motion

3  deadlines are extended such that (1) the deadline for parties to file and serve pretrial motions will

4  be July 18, 2013, (2) the deadline for parties to file and serve oppositions to pretrial motions will

5  be August 8, 2013, (3) the deadline for parties to file and serve replies to pretrial motions will be

6  August 15, 2013, and (4) the hearing on pretrial motions will be August 29, 2013, as shown in the

7  following table:

8

9

| Event | Current schedule (Dkt. No. 111) | Proposed schedule |
|---|---|---|
| Pretrial Motion Filing Deadline | June 27, 2013 | July 18, 2013 |
| Pretrial Motion Opposition Filing Deadline | July 11, 2013 | August 8, 2013 |
| Pretrial Motion Reply Filing Deadline | July 18, 2013 | August 15, 2013 |
| Pretrial Motion Hearing | August 1, 2013 | August 29, 2013 |

10

11

12

13

14  Dated:  June 21, 2013

15                                                    SUSMAN GODFREY LLP

16                                                    By: _/s/ Eric J. Enger_____
                                                      Brooke A. M. Taylor
17                                                    Lead Attorney
                                                      WA Bar No. 33190 (Admitted *Pro Hac Vice*)
18                                                    btaylor@susmangodfrey.com
                                                      Jordan W. Connors
19                                                    WA Bar No. 41649 (Admitted *Pro Hac Vice*)
                                                      jconnors@susmangodfrey.com
20                                                    SUSMAN GODFREY L.L.P.
                                                      1201 Third Avenue, Suite 3800
21                                                    Seattle, Washington 98101-3000
                                                      T:  (206) 516-3880
22                                                    F:  (206) 516-3883 (fax)

23

24                                                    Stephen E. Morrissey
                                                      CA Bar No. 187865
25                                                    smorrissey@susmangodfrey.com
                                                      SUSMAN GODFREY L.L.P.
26                                                    1901 Avenue of the Stars, Suite 950
                                                      Los Angeles, CA 90067-6029
27                                                    T:  (310) 789-3103
                                                      F:  (310) 789-3150 (fax)
28

1

2
Michael F. Heim
TX Bar No. 09380923 (Admitted *Pro Hac Vice*)
mheim@hpcllp.com

3
Leslie V. Payne
TX Bar No. 00784736 (Admitted *Pro Hac Vice*)

4
lpayne@hpcllp.com
Eric J. Enger

5
TX Bar No. 24045833 (Admitted *Pro Hac Vice*)
eenger@hpcllp.com

6
Nick P. Patel

7
TX Bar No. 24076610 (Admitted *Pro Hac Vice*)
npatel@hpcllp.com

8
HEIM, PAYNE & CHORUSH, LLP
600 Travis Street, Suite 6710

9
Houston, Texas 77002-2912

10
T:  (713) 221-2000
F:  (713) 221-2021(fax)

11
ATTORNEYS FOR PLAINTIFF

12

13
Dated:  June 21, 2013

14
By:  /s/ Joseph A. Loy
Robert A. Appleby (admitted *pro hac vice*)

15
robert.appleby@kirkland.com
Joseph A. Loy (admitted *pro hac vice*)

16
joseph.loy@kirkland.com
Lauren B. Sabol (admitted *pro hac vice*)

17
lauren.sabol@kirkland.com
KIRKLAND & ELLIS LLP

18
601 Lexington Avenue

19
New York, NY 10022-4675
Telephone: (212) 446-4800

20
Facsimile: (212) 446-4900

21
Sarah E. Piepmeier (SBN 227094)

22
sarah.piepmeier@kirkland.com
KIRKLAND & ELLIS LLP

23
555 California Street
San Francisco, CA 94104

24
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

25
Attorneys for Defendant
TIBCO SOFTWARE INC.

26

27

28

JOINT STIPULATION REQUESTING EXTENSION
OF PRETRIAL MOTION DEADLINES            - 3 -

1

## **CERTIFICATE OF SERVICE**

2

I hereby certify that on this 21st day of June, 2013, a true and correct copy of the foregoing

3

document was served on all parties via CM/ECF and/or email to counsel.

4

5

_/s/ Eric Enger _____
Eric Enger

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    DATED:  6/21/13 _____    _____

4                                      [Hon. Richard Seeborg]
                                        United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28