IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC., | No. C 11-06638 RS |
| Plaintiff, | |
| v. | **ORDER** |
| TIBCO SOFTWARE, INC., | |
| Defendant. | |

The parties shall each file letter briefs not to exceed 3 pages by Wednesday, July 24, 2013. VSI's letter shall explain its failure to comply with the page limit set by Civil Local Rule 7-2. Both parties shall explain the justification for seriatim motions for summary judgment in this case.

IT IS SO ORDERED.

Dated: 7/18/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 11-06638 RS
ORDER