**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC., | No. C 11-06638 RS |
| Plaintiff, | |
| v. | **ORDER RE PAGE LIMITATIONS FOR SUMMARY JUDGMENT MOTIONS** |
| TIBCO SOFTWARE, INC., | |
| Defendant. | |

Civil Local Rule 7-2(b) states that motions must be made in the form of *one* filed document not exceeding 25 pages in length. Currently, in this case, VSI has filed *two* documents moving for summary judgment totaling 25 pages in length and TIBCO has filed *three* documents moving for summary judgment totaling 75 pages in length (one of which is 29 pages, leave having been granted in advance to exceed the 25 page limit). In addition, the parties have filed a total of four motions to strike or exclude evidence from each other's experts, totaling 84 pages. All nine of these motions are scheduled to be heard on August 29, 2013.

In order to avoid excessive briefing and facilitate the crystallization of the issues presented by the parties in these five cross-motions for summary judgment, the following page limits are adopted:

| VSI Motions | Opposition Pages Allowed | Reply Pages Allowed |
|---|---|---|
| Summary Judgment of No Inequitable Conduct, Dkt. 150 | 16 | 10 |
| Summary Judgment on TIBCO's Laches Defense, Dkt. 158 | 9 | 5 |
| Page Totals | 25 | 15 |

| TIBCO Motions | Opposition Pages Allowed | Reply Pages Allowed |
|---|---|---|
| Summary Judgment of Invalidity of '864 Patent for Lack of Written Description and Enablement Regarding Disparate Databases, Dkt. 155 | 21 | 13 |
| Summary Judgment of Invalidity of '864 Patent Due to Obviousness, Dkt. 160 | 25 | 15 |
| Summary Judgment of Noninfringement of Patent '864 | 25 | 15 |
| Page Totals | 71 | 43 |

The parties are encouraged to file responsive briefs of lesser length than permitted above. The parties' oppositions to the motions to exclude or strike expert evidence are limited to fifteen pages each. Replies on these motions, if any, shall be no longer than eight pages.

IT IS SO ORDERED.

Dated: 7/26/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE