QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorney for Oracle Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| Vasudevan Software, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> TIBCO Software Inc., <br><br> Defendant. | CASE NO. 3:11-CV-6638-RS <br><br> **NOTICE OF APPEARANCE OF KEVIN A. SMITH AS COUNSEL FOR THIRD PARTY ORACLE CORPORATION** <br><br> Hon. Richard Seeborg |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Kevin A. Smith (Bar No. 250814), of Quinn Emanuel Urquhart & Sullivan, LLP hereby enters his appearance as counsel of record on behalf of third party Oracle Corporation. ("Oracle") in the above-captioned matter.

Third party Oracle requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be directed to counsel for Oracle at the address below:

01384.30021/5472324.1

Case No. 3:11-CV-6638-RS
NOTICE OF APPEARANCE OF COUNSEL

Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

DATED: August 15, 2013     Respectfully submitted,

                QUINN EMANUEL URQUHART & SULLIVAN, LLP

                By: *Kevin A. Smith*
                    Kevin A. Smith (Bar No. 4318952)
                    kevinsmith@quinnemanuel.com
                    QUINN EMANUEL URQUHART & SULLIVAN, LLP
                    50 California Street, 22nd Floor
                    San Francisco, California 94111-4788
                    Telephone: (415) 875-6600
                    Facsimile: (415) 875-6700

                Attorney for Oracle Corporation.