1
2
3
4
5
6

Brooke A. M. Taylor, WSBA 33190 (Admitted *Pro Hac Vice*)
btaylor@susmangodfrey.com
Jordan W. Connors, WSBA 41649 (Admitted *Pro Hac Vice*)
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone:  (206) 516-3880
Facsimile:  (206) 516-3883

7
8
9
10

Stephen E. Morrissey, CA Bar 187865
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3103
Facsimile: (310) 789-3150

11

*Plaintiff Vasudevan Software, Inc.*

12

13
14

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

15
16
17
18
19
20

VASUDEVAN SOFTWARE, INC.,

              Plaintiff,

vs.

TIBCO SOFTWARE INC.,

              Defendant.

Case No. 3:11-06638-RS-PSG

JOINT FILING OF VSI'S STIPULATION
OF NON-INFRINGEMENT

Hon. Richard Seeborg

21
22
23
24
25
26
27
28

     WHEREAS, Plaintiff Vasudevan Software, Inc. ("VSi") accuses Defendant TIBCO Software Inc. ("TIBCO") of infringing U.S. Patent No. 7,167,864 ("the '864 Patent");

     WHEREAS TIBCO denies infringement of the '864 Patent;

     WHEREAS the term "disparate [] databases" appears in each asserted claim of the '864 Patent;

     WHEREAS on September 19, 2012, the Court issued its Claim Construction Order (Dkt. No. 102) construing the term "disparate [] databases" to mean "databases having an absence of

1   compatible keys or record identifier columns of similar value or format in the schemas or
2   structures that would otherwise enable linking data";

3   WHEREAS on September 19, 2013, the Court issued its Claim Construction Clarification
4   Order (Dkt. No. 235) holding that "the construction of "Disparate [] databases" as "Databases
5   having an absence of compatible keys or record identifier columns of similar value or format in
6   the schemas or structures that would otherwise enable linking data" is clarified to read  "databases
7   having an absence of compatible keys and an absence of record identifier columns of similar
8   value and an absence of record identifier columns of similar format in the schemas or structures
9   that would otherwise enable linking data";

10   WHEREAS VSi is prepared to stipulate to non-infringement in light of the Court's
11   clarified construction of "disparate [] databases" so VSi may seek review of the construction on
12   appeal;

13   WHEREAS the Court instructed the parties to file said stipulation jointly (Dkt. No. 237);

14   WHEREAS TIBCO maintains its positions that (1) TIBCO does not infringe the '864
15   Patent under any construction of the term "disparate [] databases"; (2) TIBCO additionally does
16   not infringe the '864 Patent for at least the reasons stated in TIBCO's pending motion for
17   summary judgment of non-infringment (Dkt. No. 167); and (3) the '864 Patent is invalid for at
18   least the reasons set forth in TIBCO's various pending motions for summary judgment of
19   invalidity (Dkt. Nos. 127, 155, and 160); and

20   WHEREAS TIBCO does not oppose VSi's stipulation of non-infringement.

21   NOW, THEREFORE, IT IS HEREBY STIPULATED by VSi that, based on the Court's
22   construction of "disparate [] databases," as clarified by the Court, TIBCO's accused products and
23   services do not infringe the asserted claims of the '864 Patent.

24
25   Dated:  October 16, 2013

26                                               SUSMAN GODFREY LLP

27                                               By:   /s/ Eric Enger
                                                 Brooke A. M. Taylor
                                                 Lead Attorney
28                                               WA Bar No. 33190 (Admitted *Pro Hac Vice*)

btaylor@susmangodfrey.com
Jordan W. Connors
WA Bar No. 41649 (Admitted *Pro Hac Vice*)
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
T:  (206) 516-3880
F:  (206) 516-3883 (fax)

Stephen E. Morrissey
CA Bar No. 187865
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
T:  (310) 789-3103
F:  (310) 789-3150 (fax)

Michael F. Heim
TX Bar No. 09380923 (Admitted *Pro Hac Vice*)
mheim@hpcllp.com
Leslie V. Payne
TX Bar No. 00784736 (Admitted *Pro Hac Vice*)
lpayne@hpcllp.com
Eric J. Enger
TX Bar No. 24045833 (Admitted *Pro Hac Vice*)
eenger@hpcllp.com
Nick P. Patel
TX Bar No. 24076610 (Admitted *Pro Hac Vice*)
npatel@hpcllp.com
HEIM, PAYNE & CHORUSH, LLP
600 Travis Street, Suite 6710
Houston, Texas 77002-2912
T:  (713) 221-2000
F:  (713) 221-2021(fax)

ATTORNEYS FOR PLAINTIFF

Dated:  October 16, 2013

By:  ___/s/ Joseph Loy (by permission EJE)_____
Robert A. Appleby (admitted *pro hac vice*)
robert.appleby@kirkland.com
Joseph A. Loy (admitted *pro hac vice*)
joseph.loy@kirkland.com
Lauren B. Sabol (admitted *pro hac vice*)
lauren.sabol@kirkland.com

1

2

KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4675
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

3

4

5

6

Sarah E. Piepmeier (SBN 227094)
sarah.piepmeier@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

7

8

9

10

Attorneys for Defendant
TIBCO SOFTWARE INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on this 16st day of October, 2013, a true and correct copy of the

3

foregoing document was served on all parties via CM/ECF and/or email to counsel.

4

5                                          _/s/ Eric Enger_____
                                          Eric Enger
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: _____ _____
                                                           [Hon. Richard Seeborg]
                                                           United States District Court Judge