IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

VASUDEVAN SOFTWARE, INC.,

Plaintiff,

v.

TIBCO SOFTWARE, INC.,

Defendant.

No. 11-cv-06638 RS

**JUDGMENT**

In light of the orders granting summary judgment of non-infringement in favor of defendant TIBCO Software, Inc. (TIBCO) and against plaintiff Vasudevan Software, Inc. (VSi) as well as granting summary judgment of invalidity in favor of TIBCO and against VSi, judgment is hereby entered in favor of TIBCO and against VSi.

IT IS SO ORDERED.

Dated: 10/17/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE