Robert A. Appleby (admitted *pro hac vice*)
robert.appleby@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4675
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Sarah E. Piepmeier (SBN 227094)
Sarah.piepmeier@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendant
*TIBCO Software Inc.*
*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC., | Case No. 11-CV-06638-RS |
| Plaintiff, | **JOINT STIPULATION** |
| v. | Judge: The Honorable Richard Seeborg |
| TIBCO SOFTWARE INC., | |
| Defendant. | |

WHEREAS, the Court granted summary judgment of invalidity and non-infringement of U.S. Patent No. 7,167,864 in favor of TIBCO Software Inc. ("TIBCO") and against Vasudevan Software, Inc. ("VSi") on October 17, 2013 (Dkt. Nos. 239-240);

WHEREAS, the Court entered judgment in favor of TIBCO and against VSi on October 17, 2013 (Dkt. No. 241);

WHEREAS, Civil L.R. 54-1(a) requires that Bill of Costs be served and filed no later than 14 days after entry of judgment;

1  WHEREAS, Civil L.R. 54-5 requires that a Motion for Fees be served and filed no later than 14 days after entry of judgment;

WHEREAS, VSi intends to appeal the Court's grants of summary judgment of invalidity and non-infringement and its entry of judgment;

WHEREAS, TIBCO has requested, and VSi has agreed, that in order to promote judicial efficiency and to conserve litigation costs, the deadlines for the Bill of Costs and Motion for Fees (including Motions for Fees pursuant to 35 U.S.C. § 285) be delayed until 30 days after the Federal Circuit's issuance of the mandate regarding VSi's appeal of the Court's summary judgment orders and final judgment;

WHEREAS, the extension requested would not change any other date set by the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED amongst VSi and TIBCO that, the deadline for a Bill of Costs and a Motion for Fees (including any Motion for Fees pursuant to 35 U.S.C. § 285) be delayed until 30 days after the Federal Circuit's issuance of the mandate regarding VSi's appeal of this Court's summary judgment orders and final judgment.

Dated:  October 24, 2013

    SUSMAN GODFREY LLP

    By: ___*Eric Enger (by permission JAL)*___
    Brooke A. M. Taylor
    Lead Attorney
    WA Bar No. 33190 (Admitted *Pro Hac Vice*)
    btaylor@susmangodfrey.com
    Jordan W. Connors
    WA Bar No. 41649 (Admitted *Pro Hac Vice*)
    jconnors@susmangodfrey.com
    SUSMAN GODFREY L.L.P.
    1201 Third Avenue, Suite 3800
    Seattle, Washington 98101-3000
    T:  (206) 516-3880
    F:  (206) 516-3883 (fax)

    Stephen E. Morrissey
    CA Bar No. 187865
    smorrissey@susmangodfrey.com
    SUSMAN GODFREY L.L.P.
    1901 Avenue of the Stars, Suite 950

| | |
|---|---|
| 1 | Los Angeles, CA 90067-6029 |
| 2 | T:  (310) 789-3103 |
|   | F:  (310) 789-3150 (fax) |
| 3 | |
| 4 | Michael F. Heim |
|   | TX Bar No. 09380923 (Admitted *Pro Hac Vice*) |
|   | mheim@hpcllp.com |
| 5 | Leslie V. Payne |
| 6 | TX Bar No. 00784736 (Admitted *Pro Hac Vice*) |
|   | lpayne@hpcllp.com |
| 7 | Eric J. Enger |
|   | TX Bar No. 24045833 (Admitted *Pro Hac Vice*) |
| 8 | eenger@hpcllp.com |
|   | Nick P. Patel |
| 9 | TX Bar No. 24076610 (Admitted *Pro Hac Vice*) |
|   | npatel@hpcllp.com |
| 10 | HEIM, PAYNE & CHORUSH, LLP |
| 11 | 600 Travis Street, Suite 6710 |
|   | Houston, Texas 77002-2912 |
| 12 | T:  (713) 221-2000 |
|   | F:  (713) 221-2021(fax) |

*Attorneys for Plaintiff*
VASUDEVAN SOFTWARE, INC.

Dated:  October 24, 2013

By: _____*Joseph Loy*_____
Robert A. Appleby (admitted *pro hac vice*)
robert.appleby@kirkland.com
Joseph A. Loy (admitted *pro hac vice*)
joseph.loy@kirkland.com
Lauren B. Sabol (admitted *pro hac vice*)
lauren.sabol@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4675
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Ian J. Block (admitted *pro hac vice*)
ian.block@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

---

JOINT STIPULATION               - 3 -               CASE NO. 3:11-CV-06638 RS

Sarah E. Piepmeier (SBN 227094)
sarah.piepmeier@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Defendant*
TIBCO SOFTWARE INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of October, 2013, a true and correct copy of the foregoing JOINT STIPULATION was served by ECF on all counsel of record.

/s/ *Joseph Loy*
Joseph A. Loy (admitted *pro hac vice*)
joseph.loy@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4675
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATED:  10/24/13                     _____
                                        [Hon. Richard Seeborg]
4                                       United States District Court Judge