(Counsel listed below)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TIBCO SOFTWARE INC. <br><br> Defendant. | Case No. 3:11-CV-06638 (RS-PSG) <br><br> **STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE AND [PROPOSED] ORDER** |

Plaintiff Vaudevan Software, Inc. ("VSi") and Defendant TIBCO Software Inc. ("TIBCO"), by and through their counsel of record, hereby stipulate and request that the Court order as follows:

1. All claims between VSi and TIBCO, including all claims presented by VSi's complaint and any TIBCO counterclaim, shall be dismissed with prejudice; and

2. VSi and TIBCO each shall bear their own costs and attorneys' fees.

Dated: May 5, 2015

By: __/s/ Eric J. Enger_____
Brooke A. M. Taylor
Lead Attorney
WA Bar No. 33190 (Admitted *Pro Hac Vice*)
btaylor@susmangodfrey.com
Jordan W. Connors
WA Bar No. 41649 (Admitted *Pro Hac Vice*)
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
T: (206) 516-3880
F: (206) 516-3883 (fax)

Stephen E. Morrissey
CA Bar No. 187865
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
T: (310) 789-3103
F: (310) 789-3150 (fax)

Michael F. Heim
TX Bar No. 09380923 (Admitted *Pro Hac Vice*)
mheim@hpcllp.com
Leslie V. Payne
TX Bar No. 00784736 (Admitted *Pro Hac Vice*)
lpayne@hpcllp.com
Eric J. Enger
TX Bar No. 24045833 (Admitted *Pro Hac Vice*)
eenger@hpcllp.com
HEIM, PAYNE & CHORUSH, LLP
600 Travis Street, Suite 6710
Houston, Texas 77002-2912
T: (713) 221-2000
F: (713) 221-2021(fax)

ATTORNEYS FOR PLAINTIFF

By: /s/ Joseph A. Loy (by permission EJE)
Robert A. Appleby (admitted *pro hac vice*)
robert.appleby@kirkland.com
Joseph A. Loy (admitted *pro hac vice*)
joseph.loy@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4675
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Ian J. Block (admitted *pro hac vice*)
ian.block@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Sarah E. Piepmeier (SBN 227094)
sarah.piepmeier@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

ATTORNEYS FOR DEFENDANT

1   PURSUANT TO THE STIPULATION, IT IS SO ORDERED this <u>13th</u> day of May, 2015.

_____
Hon. Richard Seeborg
United States District Judge