# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1096

**VASUDEVAN SOFTWARE, INC.,**

*Plaintiff - Appellant*

v.

**TIBCO SOFTWARE, INC.,**

*Defendant - Appellee*

**MICROSTRATEGY, INC., ORACLE CORPORATION,**

*Third Party Defendants*

Appeal from the United States District Court for the Northern District of California in case no. 3:11-cv-06638-RS United States District Judge Richard Seeborg

## MANDATE

In accordance with the judgment of this Court, entered April 03, 2015, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court

cc: Robert Alan Appleby
Clerk of Court, Northern District of California (San Francisco)
Jordan Connors
Eric J. Enger
Michael F. Heim
Joseph Allen Loy
John C. O'Quinn
Leslie V. Payne
Brooke Ashley May Taylor